**130**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Zelman ROACH, Defendant–Appellant.

No. 08–7721.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Dec. 2, 2008.

Zelman Roach, Appellant Pro Se. Elizabeth Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Zelman Roach appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Roach,* No. 3:05–cr–00207–RLW–1 (E.D.Va. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*